# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Redstick, Inc. | ) ASBCA No. 60174 |
| | ) |
| Under Contract No. W91151-14-C-0061 | ) |

APPEARANCE FOR THE APPELLANT:  Douglas L. Tabeling, Esq.
                Smith, Currie & Hancock LLP
                Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                Army Chief Trial Attorney
                LTC Jose A. Cora, JA
                Trial Attorney

## ORDER OF DISMISSAL

The Board docketed this appeal on 14 September 2015. By letter dated 6 October 2015, prior to filing its complaint, appellant filed a notice of voluntary dismissal of this appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See* FED. R. CIV. P. 41(a)(1); *TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 5 November 2015

                MARK N. STEMPLER
                Administrative Judge
                Acting Chairman
                Armed Services Board
                of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60174, Appeal of Redstick, Inc., rendered in conformance with the Board's Charter.

Dated:

                JEFFREY D. GARDIN
                Recorder, Armed Services
                Board of Contract Appeals